No. 01–1402. IN RE WALL ET AL.;

No. 01–9089. IN RE PINET;

No. 01–9109. IN RE WARD;

No. 01–9223. IN RE WILLIAMS; and

No. 01–9234. IN RE JONES. Petitions for writs of mandamus denied.